UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADNAN RAHMAN,<br><br>  Petitioner,<br><br>  v.<br><br>JANE ARELLANO,<br>U.S. Citizenship and Immigration Services, *et al.*,<br><br>  Respondents. | No. CV11-02469-AHM (SHx)<br><br>HONORABLE A. HOWARD MATZ<br><br>Joint Stipulation of Voluntary Dismissal |

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE.

Dated: April 28, 2011

_____
The Honorable A. Howard Matz
United States District Judge

**JS-6**